425 A.2d 839

Commonwealth v. Woods, Appellant.

Submitted November 16, 1979. Louis P. Dadowski, for appellant; Robert L. Eberhardt, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and MONTGOMERY and LIPEZ, JJ.

Judgment of sentence affirmed.

CERCONE, P. J., concurred in the result.